IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LINDA HOLMAN and JAMES HOLMAN :
            : CIVIL ACTION NO.  02-CV-3918
      Plaintiffs,  :
            :
    v.      :
            :
BAYER CORPORATION;   : ENTRY OF APPEARANCE
BAYER AG;      :
GLAXOSMITHKLINE, PLC;  :
GLAXOSMITHKLINE;   :
SMITHKLINE BEECHAM   :
            :
      Defendants.  :

## ENTRY OF APPEARANCE

To the Clerk of the Court:

   Kindly enter the appearances of Hope S. Freiwald, Aline Fairweather, Alison T.

Conn and Kirstin J. Miller as attorneys for defendant GlaxoSmithKline PLC.

Respectfully Submitted,


_____  _____
Hope S. Freiwald       Aline Fairweather


_____  _____
Alison T. Conn        Kirstin J. Miller


Dated:  July _____, 2002   DECHERT PRICE & RHOADS
           4000 Bell Atlantic Tower
           1717 Arch Street
           Philadelphia, PA  19103-2793
           (215) 994-4000